**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**


UNITED STATES OF AMERICA                  \*
                                          \*
                                          \*
      v.                                 \*          Criminal No. – JFM-08-0117
                                          \*          Civil No. JFM-14-3043
                                          \*
CHI ANTONIO RAY                           \*
                                       \*\*\*\*\*\*

**MEMORANDUM**


It appearing from the memoranda filed in connection with Chi Antonio Ray's motion to vacate that the motion is a "successive" one and that Ray has not obtained permission from the Court of Appeals for the Fourth Circuit to file the motion, it is, this 11th day of August 2015

ORDERED that the motion (document 137) be dismissed.


                        \_\_\_\_\_/s/_____
                        J. Frederick Motz
                        United States District Judge